**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **CHARLES K. MERCER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: CIV-14-1301 |
| | ) |
| **AMS HEALTH SCIENCES, LLC,** | ) |
| **A Delaware Limited Liability Corp.,** | ) |
| | ) |
| **Defendant.** | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, Charles K. mercer, by and through his counsel of record, Mr. Richard R. Rice dismisses this action against AMH Health Sciences, LLC with prejudice to filing another action regarding the same subject matter.

Respectfully Submitted,

*/s/ Richard R. Rice*
_____
RICHARD R. RICE, OBA #15129
CHASE MCBRIDE, OBA #32061
*Rice Law Firm, P.C.*
1401 S. Douglas Blvd, Ste A
Midwest City, OK 73130
(405) 732-6000/ 737-7446

Counsel for Plaintiff