IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES K. MERCER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: CIV-14-1301 |
| AMS HEALTH SCIENCES, LLC, A Delaware Limited Liability Corp., | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the parties in the above styled cause of action, pursuant to Fed.R.Civ.P., Rule 41(a)(1)(A)(ii), and hereby stipulate to a dismissal of this action, with prejudice to the refiling thereof.

Respectfully Submitted,

RICHARD R. RICE, OBA #15129
*Rice Law Firm, P.C.*

Counsel for Plaintiff

Approved:

Jennifer Miller Ventura
*Phillips Murrah*

Counsel for Defendant